**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| **DONNA KY JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 3:09CV812** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate

Judge (R&R) entered on June 3, 2010. The time to file objections has expired and neither party

has objected to the R&R. Having considered the matter and deeming it otherwise proper and

just to do so, it is hereby ORDERED:

(1)     The Report and Recommendation of the Magistrate Judge is ACCEPTED and
        ADOPTED as the OPINION of the Court.

(2)     Defendant's Motion to Dismiss (docket no. 10) is GRANTED.

(4)     Plaintiff's Complaint (docket no. 4) is DISMISSED without prejudice.

(5)     This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                                        _____/s/_____
                                                        Richard L. Williams
                                                        Senior United States District Judge

Richmond, Virginia
Date: __June 21, 2010___